NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IRENE BRIGGS,**
*Petitioner,*

v.

**OFFICE OF PERSONNEL MANAGEMENT,**
*Respondent.*

---

2012-3023

---

Petition for review of the Merit Systems Protection Board in case no. PH0843110006-I-1.

---

## ON MOTION

---

## ORDER

Irene Briggs moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion for leave to proceed in forma pauperis is granted.

FOR THE COURT

NOV 1 4 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Irene Briggs
Jeanne E. Davidson, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

NOV 1 4 2011

JAN HORBALY
CLERK